IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN OSHOP, GLENDA OSHOP, and CHRISTINA OSHOP, by and through her natural guardians and next friends, JOHN OSHOP, and GLENDA OSHOP,<br><br>Plaintiffs,<br><br>v.<br><br>TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES, JOHN DOE ONE, JOHN DOE TWO, ANGEL McCLOUD, RUTHERFORD COUNTY BOARD OF EDUCATION, HARRY GILL, Director of Schools, MARY BYRNES, Chairman, TERRY HODGE, Vice Chairman, WAYNE BLAIR, DONALD JERNIGAN, DORRIS E. JERNIGAN, SR., GRANT KELLEY, and RICHARD E. WISE,<br><br>Defendants. | Case No.: 3:09-CV-0063<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion to Dismiss (Docket No. 10) is **GRANTED IN PART AND DENIED IN PART**. The plaintiffs' constitutional claim against the John Does, in their individual capacities, may proceed. All claims against DCS and the John Does, in their official capacities, are dismissed with prejudice.

The state law NIED claim against the John Does, in their individual capacities, is dismissed without prejudice.

It is so ordered.

Entered this 10th day of June 2009.

_____
ALETA A. TRAUGER
United States District Judge