IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN OSHOP, GLENDA OSHOP, and ) | |
| C.O., by and ) | |
| through her natural guardians ) | |
| and next friends, ) | |
| JOHN OSHOP, ) | |
| and GLENDA OSHOP, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | Case No.: 3:09-CV-0063 |
| v. ) | Judge Trauger |
| ) | |
| RUTHERFORD COUNTY BOARD ) | |
| OF EDUCATION, *et al.* ) | |
| ) | |
|     Defendants. | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendants Angel McCloud and the Rutherford County Board of Education (Docket No. 64) is **GRANTED** and, pursuant to Federal Rule of Civil Procedure 54(b), a final judgment dismissing this case as to all defendants except Kristen Giere and the "John Doe" defendants in their individual capacities (including individuals who may be identified as the "John Doe" defendants) is hereby entered.

It is so ordered.

Entered this 15th day of April 2010.

_____
ALETA A. TRAUGER
United States District Judge