IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN OSHOP, GLENDA OSHOP, and )<br>CHRISTINA OSHOP, by and through her )<br>natural guardians and next friends, John Oshop )<br>and Glenda Oshop, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRISTEN GIERE, JOHN DOE TWO, )<br>ANGEL MCCLOUD, and RUTHERFORD )<br>COUNTY BOARD OF EDUCATION, )<br>)<br>Defendants. ) | Civil No. 3:09-0063<br>Judge Trauger |

**O R D E R**

On October 28, 2009, this court allowed the plaintiff to amend the complaint to substitute defendants Carrie Neiderhauser and Shannon Romans for the "John Doe Two" defendant named in the complaint and extended the time for serving these two newly-named defendants for an indefinite period. (Docket No. 51) This case is set for trial in September, and the plaintiff has yet to serve these two defendants.

It is hereby ORDERED that, by June 11, 2010, the plaintiff shall show cause as to why all claims against defendants Neiderhauser and Romans should not be dismissed for failure to timely serve them with process.

It is so **ORDERED**.

ENTER this 28th day of May 2010.

_____
ALETA A. TRAUGER
U.S. District Judge