IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOHN OSHOP, GLENDA OSHOP, and** | ) | |
| **C.O., by and** | ) | |
| **through her natural guardians** | ) | |
| **and next friends,** | ) | |
| **JOHN OSHOP,** | ) | |
| **and GLENDA OSHOP,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.: 3:09-cv-0063** |
| **v.** | ) | **Judge Trauger** |
| | ) | |
| **RUTHERFORD COUNTY BOARD** | ) | |
| **OF EDUCATION,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Attorney's Fees By Rutherford Board of Education Defendants (Docket No. 76) is **DENIED**.

It is so ordered.

Enter this 21st day of June 2010.

ALETA A. TRAUGER
United States District Judge